UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PRESIDIO HISTORICAL ASSOCIATION and SIERRA CLUB,<br><br>         Plaintiffs,<br><br>   v.<br><br>PRESIDIO TRUST,<br><br>         Defendant.<br>_____/ | No. C 12-00522 LB<br><br>**ORDER REQUIRING JOINT APPENDIX** |

   The parties in this matter are currently briefing cross-motions for summary judgment. *See* ECF Nos. 25 & 29.  The parties have also submitted a 17-box administrative record.  In order to simplify judicial review, the court ORDERS the parties to cooperatively prepare and lodge with the court two copies of a joint appendix of the administrative record containing those documents the parties cite directly.  The appendix should consist of one or more three-ring binders containing all of (and only) the relevant documents[1] organized sequentially by bates number.  As a general rule, the parties shall print on both sides of the page.  Knowing the court's strong preference, the parties may use their discretion to print on only one side of the page where it makes sense, e.g. document breaks.  The parties shall also lodge a CD or DVD containing a single, full-text searchable .pdf file (or .pdf binder) of the joint appendix.  The printed and electronic copies of the appendix shall be lodged no

---

   [1] If a party cites just one page of a document, the appendix should contain the entire document in most cases.  If the entire document is particularly large, the appendix should contain the relevant section(s).

C 12-00522 (ORDER)

1  later than May 2, 2013.

2  **IT IS SO ORDERED.**

3  Dated: February 25, 2013

4  _____
   LAUREL BEELER
   United States Magistrate Judge