FILED

OCT 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PRESIDIO HISTORICAL ASSOCIATION and SIERRA CLUB,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>PRESIDIO TRUST, a federal government corporation,<br><br>    Defendant - Appellee. | No. 13-16554<br><br>D.C. No. 3:12-cv-00522-LB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Matthew J. Sanders, Esq., for an exemption under Ninth Circuit Rule 46-5 is granted.

The previously established briefing schedule remains in effect.

AT/MOATT